UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-22553-CIV-MORENO

LAS ORIGINALES PIZZA, INC., a Florida
Corporation; and MONTE PIZZA, INC., a
Florida Corporation,

        Plaintiffs,

vs.

BATABANO GROUP, INC., a Florida
Corporation; BATABANO GROUP II, INC., a
Florida Corporation; BATABANO GROUP
III, INC., a Florida Corporation; LUIS PENA,
individually; and YAMLIN MEDEROS,
individually,

        Defendants.
_____/

## ORDER STAYING CASE PENDING RELATED STATE COURT PROCEEDING

THIS CAUSE came before the Court upon Defendants' Motion to Stay Pending Related State Court Proceeding **(D.E. 8)**, filed on **July 31, 2019**, and Defendant's Unopposed Motion to Take Judicial Notice of Pending Related State Court Proceeding **(D.E. 9)**, filed on **July 31, 2019**.

THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is **ADJUDGED** that the motions are GRANTED.

The Court "may take judicial notice of documents filed in another court." *Baker v. Batmasian*, No. 9:16-cv-81928, 2017 WL 696123, at *1 (S.D. Fla. Feb. 8, 2017). "Courts may take judicial notice of public records, such as a pleading filed in another court, because such documents are 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.'" *Id.* (citing *Navarro v. City of Riviera Beach*, 192 F. Supp. 3d 1353, 1364 (S.D. Fla. 2016); *Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1278 (11th Cir. 1999)).

The pleadings that are attached to Defendants' motion were filed in a pending parallel state

court proceeding involving identical causes of action and issues between related parties that are currently before this Court. *See Manuel Montes de Oca Jr. v. Las Originales Pizza, Inc.*, No. 2018-041326-CA-01. Thus, upon review of those pleadings in the underlying state court action, the Court finds that, in accordance with the Supreme Court's holding in *Colorado River Conservation District v. United States*, 424 U.S. 800 (1976), the instant action is STAYED pending resolution of the underlying state court action. Based on the foregoing, it is **ADJUDGED** that:

I. The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II. The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III. This order shall not prejudice the rights of the parties to this litigation.

IV. All pending motions are DENIED AS MOOT pending restoration of the case to the active docket.

V. The parties SHALL notify the Court within **six months** of entry of this order, and every three months thereafter, of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___25th___ of September 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

2