UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-22553-CIV-MORENO

LAS ORIGINALES PIZZA, INC., a Florida
Corporation; and MONTE PIZZA, INC., a
Florida Corporation,

        Plaintiffs,

vs.

BATABANO GROUP, INC., a Florida
Corporation; BATABANO GROUP II, INC., a
Florida Corporation; BATABANO GROUP
III, INC., a Florida Corporation; LUIS PENA,
individually; and YAMLIN MEDEROS,
individually,

        Defendants.
_____/

## ORDER OF CONTINUANCE AND ORDER REVISING PRETRIAL DEADLINES

THIS CAUSE came before the Court upon *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that:

(1)    **Trial Date** – The trial is **CONTINUED** from the two-week period commencing **March 28, 2022**, to the two-week period commencing **August 29, 2022**, in Miami, Florida.

(2)    **Calendar Call** – Counsel must appear at Calendar Call which shall take place before the undersigned at the Wilkie D. Ferguson Federal Courthouse, 400 North Miami Avenue, Courtroom 13-3, Miami, Florida 33128, on **Tuesday, August 23, 2022, at 2:00 p.m.** The parties need not appear at Calendar Call. At Calendar Call counsel may bring all matters relating to the scheduled trial date to the attention of the Court.

(3)    **Plaintiffs' Witness and Exhibit Lists** – Plaintiffs shall electronically upload onto the case docket a copy of Plaintiffs' Witness List and a copy of Plaintiffs' Exhibit List no later than **Wednesday, August 10, 2022, at 5:00 p.m.**

      **(a) Plaintiffs' Witness List** - Plaintiffs' Witness List shall include all the witnesses, both lay and expert, that Plaintiffs intend to call at trial. Plaintiffs' Witness List shall briefly describe the nature of each witness' testimony and whether such witnesses will be testifying live or by deposition. Witnesses omitted from the list will not be allowed at trial.

      **(b) Plaintiffs' Exhibit List** - Plaintiffs' Exhibit List shall include the exhibits that Plaintiffs intend to use at trial. Plaintiffs' Exhibit List shall in consecutively numbered paragraphs adequately describe the nature of each document listed. The actual exhibits shall be pre-marked with corresponding numbers (*e.g.* Plaintiffs' Exhibit #1, Plaintiffs' Exhibit #2, *etc.*) which numbers they will retain through the end of trial. The exhibit list shall refer to specific items and shall not include blanket statements such as *all exhibits produced during depositions* or *Plaintiffs reserve the use of any other relevant evidence*. Exhibits omitted from the list will not be allowed at trial.

  **(4)**    **Defendants' Witness and Exhibit Lists** – Defendants shall electronically upload onto the case docket a copy of Defendants' Witness List and a copy of Defendants' Exhibit List no later than **Friday, August 12, 2022, at 5:00 p.m.**

      **(a) Defendants' Witness List** - Defendants' Witness List shall include only those additional lay and expert witnesses not included on Plaintiffs' Witness List. Witnesses listed by Plaintiffs will be available for both parties and should not be re-listed on Defendants' Witness List. Defendants' Witness List shall briefly describe the nature of each additional witness' testimony and whether such witnesses will be testifying live or by deposition. Witnesses omitted from Defendants' Witness List and not listed on Plaintiffs' Witness List will not be allowed at trial.

      **(b) Defendants' Exhibit List** - Defendants' Exhibit List shall include only those additional exhibits that Defendants wish to introduce at trial which are not on Plaintiffs' Exhibit List. Defendants' Exhibit List shall in consecutively numbered paragraphs adequately describe the nature of each document listed. The actual exhibits shall be pre-marked with corresponding numbers (*e.g.* Defendants' Exhibit #1, Defendants' Exhibit #2, *etc.*) which numbers they will retain through

the end of trial. The exhibit list shall refer to specific items and shall not include blanket statements such as *all exhibits produced during depositions* or *Defendants reserve the use of any other relevant evidence*. Exhibits omitted from Defendants' Exhibit List and not listed on Plaintiffs' Exhibit List will not be allowed at trial.

(5) **Pretrial Stipulation** – Pursuant to Local Rule 16.1.E, the parties shall file a Pretrial Stipulation no later than **Tuesday, August 16, 2022**. The Pretrial Stipulation shall conform to the requirements of Local Rule 16.1.E. The parties shall attach to the Pretrial Stipulation copies of the witness and exhibit lists along with any objections allowed under Local Rule 16.1.E.9.

(6) **Other Pretrial Deadlines**

(a) **Discovery** – All non-expert discovery must be completed by **April 29, 2022**.

(b) **Summary Judgment** – All motions for summary judgment must be filed by **May 13, 2022**.

(c) **Pretrial Motions** – All other pretrial motions shall be filed no later than **June 29, 2022**.

(7) **PREVIOUS SCHEDULING ORDERS** – This Order shall supersede only the inconsistent provisions of previous Scheduling Orders.

DONE AND ORDERED in Chambers at Miami, Florida, this ___9th___ of February 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record