UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 19-22553-CIV-MORENO

LAS ORIGINALES PIZZA, INC., a Florida
Corporation; and MONTE PIZZA, INC., a
Florida Corporation,

        Plaintiffs,

vs.

BATABANO GROUP, INC., a Florida
Corporation; BATABANO GROUP II, INC., a
Florida Corporation; BATABANO GROUP
III, INC., a Florida Corporation; LUIS PENA,
individually; and YAMLIN MEDEROS,
individually,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiffs' Motion for Partial Summary Judgment on Liability **(D.E. 56)**, Defendant Batabano Group Inc.'s Motion for Summary Final Judgment **(D.E. 58)**, Defendant Luis Peña's Motion for Summary Final Judgment **(D.E. 60)**, and Defendant Yamilin Mederos' Motion for Summary Judgment **(D.E. 99)**. The Magistrate Judge filed Reports and Recommendations **(D.E.s 106, 107, 108 & 109)** on **July 18, 2022**. The Court has reviewed the entire file and record. It is

**ADJUDGED** that United States Magistrate Judge Goodman's Reports and Recommendations are **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiffs' Motion for Partial Summary Judgment on Liability **(D.E. 56)** is GRANTED in part and DENIED in part. Summary judgment is granted in favor of Plaintiffs on the issues of ownership and validity, likelihood of confusion, and the descriptive fair use defense. All other aspects of Plaintiffs' motion are denied. Defendant Batabano Group Inc.'s Motion for Summary Final Judgment **(D.E. 58)** is DENIED. Defendant Luis Peña's Motion for Summary Final Judgment **(D.E. 60)** is DENIED. Defendant Yamilin Mederos' Motion for Summary Judgment **(D.E. 99)** is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 of September 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Johnathan Goodman

Counsel of Record